

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00503-CR

Jimmy Ray **MATHEWS** a/k/a Jimmy Ray Matthews,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court 1, Tarrant County, Texas
Trial Court No. 1249644d
The Honorable Sharen Wilson, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appointed counsel's motion to withdraw is **GRANTED** and the trial court's judgment is **AFFIRMED**.

SIGNED August 14, 2013.

Marialyn Barnard, Justice